UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**UNITED STATES OF AMERICA**

v.                           CRIMINAL ACTION NO. 2:16-00136-7

**KRISTOPHER SHAUN WOODSON**

## SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
## MEMORANDUM OPINION AND ORDER

On July 16, 2019, the United States of America appeared by Kristin Scott, Assistant United States Attorney, and the defendant, Kristopher Shaun Woodson, appeared in person and by his counsel, Louie Thompson Price, for a hearing on the petition seeking revocation of supervised release and amendment thereto submitted by United States Probation Officer Dylan Shaffer. The defendant commenced a one-year term of supervised release in this action on January 4, 2019, as more fully set forth in the Probation Revocation and Judgment Order entered by the court on January 4, 2019.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found by a preponderance of the evidence that the defendant has violated the conditions of supervised release in the following respects: (1) the defendant unlawfully possessed and used controlled substances as set forth in the petition, having submitted urine specimens that tested positive for illicit drugs on each of January 10, 2019, May 16, 2019, and June 11, 2019; (2) the defendant failed to maintain full-time employment when he was discharged from his employment on May 4, 2019, and failed to report his discharge to the probation officer within 72 hours thereof; and (3) the defendant failed to complete a six-month term at a community confinement center, a required provision of his supervised release, in that he entered the program on January 10, 2019 and was discharged on May 21, 2019, for failure to comply with the rules and regulations of the program, as set forth in the several instances listed in the petition; all as admitted by the defendant on the record of the hearing and as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violation warrants revocation of supervised release and, further, that it would unduly depreciate

the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of SIX (6) MONTHS, to be followed by no term of supervised release.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: July 17, 2019

John T. Copenhaver, Jr.
Senior United States District Judge